No. 11–1350.  RUIZ *v.* PORT AUTHORITY OF NEW YORK AND NEW JERSEY.  Ct. App. N. Y.  Certiorari denied.

No. 11–1355.  144942 CANADA, INC., DBA KAYTEL VIDEO DISTRIBUTION, ET AL. *v.* JULES JORDAN VIDEO, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–1358.  WILLIAMS *v.* BOOKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–1359.  TRAVERSA *v.* EDUCATIONAL CREDIT MANAGEMENT CORP.  C. A. 2d Cir.  Certiorari denied.

No. 11–1361.  KETTERER *v.* YELLOW TRANSPORTATION, INC. C. A. 5th Cir.  Certiorari denied.

No. 11–1362.  BARROW *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–1363.  HOYT, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ALLEN, ET AL. *v.* COOKS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 11–1365.  BOLLS *v.* VIRGINIA BOARD OF BAR EXAMINERS. C. A. 4th Cir.  Certiorari denied.

No. 11–1366.  AVIDAIR HELICOPTER SUPPLY, INC. *v.* ROLLS-ROYCE CORP.  C. A. 8th Cir.  Certiorari denied.

No. 11–1367.  LOPEZ ET AL. *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–1368.  SUMMERS *v.* SUMMERS.  Ct. Civ. App. Ala.  Certiorari denied.

No. 11–1369.  ELLIS ET UX. *v.* HANSON ET AL.  Ct. App. Minn. Certiorari denied.

No. 11–1370.  THOMPSON *v.* CITY OF DANVILLE, VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.